[No. 10974-3-II.  Division Two.  July 21, 1988.]

DONALD E. SCHNASE, *Appellant,* v. THE CITY OF OLYMPIA, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86-2-01336-6, Robert J. Doran, J., entered April 16, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 10964-6-II.  Division Two.  July 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL S. TERASHITA, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86-1-00513-5, Terence Hanley, J., entered March 30, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 10846-1-II.  Division Two.  July 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT WAYNE ROLLER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86-1-00345-0, Alan R. Hallowell, J., entered February 17, 1987. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.